UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| IN RE XEROX SECURITIES LITIGATION | : : : | Civil No. 3:99CV2374(AWT) |

## RULING ON PLAINTIFFS' MOTION TO COMPEL

The plaintiffs filed a motion to compel regarding three requests. The parties have resolved their differences as to the first two requests. Only Request No. 3 remains in dispute.

The plaintiffs' motion is being denied as moot as to Request No. 1 and Request No. 2.

Request No. 3 states as follows:

> To the extent not already produced, all communications (including but not limited to deposition transcripts) with any government agency or other regulatory body, and all documents produced to or received from any government agency or regulatory or regulatory body, supporting, refuting or otherwise concerning any allegation in the Amended Complaint or any other complaint in this action or the Consolidated Actions, or in any Defendants' Answer (including the Affirmative Defenses there.)

The papers filed by the parties in support of and in opposition to the motion make it clear that what is in dispute here is information provided by the defendants to the Securities and Exchange Commission, not every government agency or other regulatory body. Furthermore, the plaintiffs' reply memorandum makes it clear that they seek only documents pertaining to "restructuring issues at the heart of this case."

The plaintiffs' motion to compel as to request No. 3 is being granted in part.  The defendants shall produce to the plaintiffs within 30 days all communications and documents, including deposition transcripts, provided to or received from the Securities Exchange Commission relating to the "restructuring," as that term is understood in this case.  The defendants generalized objections and arguments as to the plaintiffs' burden with respect to their request are overruled.  In any other respect, the plaintiffs' motion to compel is being denied with respect to Request No. 3.

Accordingly, Plaintiffs' Motion to Compel (Doc. No. 212) is hereby GRANTED in part and DENIED in part.

It is so ordered.

Dated this 12th day of May 2006 at Hartford, Connecticut.

/s/Alvin W. Thompson

Alvin W. Thompson
United States District Judge