UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: XEROX SECURITIES LITIGATION | ) <br> ) Civil Action No. <br> ) 3:99-CV-2374 (AWT) <br> ) <br> ) May 29, 2008 |

**LEAD PLAINTIFFS' MOTION TO EXCLUDE**
**THE EXPERT TESTIMONY OF PROFESSOR PAUL A. GOMPERS**

Lead Plaintiffs Thomas Dalberth, IBEW Local 164 Welfare Fund, Robert Roten and Georgia Stanley (collectively "Lead Plaintiffs"), hereby move to exclude the testimony of defendant Xerox Corporation's proposed expert, Professor Paul A. Gompers, Ph.D.

On October 15, 2007, Lead Plaintiffs served on defendants Xerox Corp., Paul Allaire, Richard Thoman and Barry Romeril an expert report by Professor Anthony Saunders regarding the issues of market efficiency and artificial inflation. On February 8, 2008, Xerox served on Lead Plaintiffs a rebuttal expert report by Prof. Gompers that criticized Prof. Saunders's report and reached an affirmative conclusion that plaintiffs did not suffer economic loss. Prof. Gompers issued four opinions, including:

3) Prof. Saunders fails to show a causal connection between the alleged misrepresentations and omissions on the one hand, and the stock price drop allegedly caused by alleged corrective disclosures on the other hand.

4) Contrary to Prof. Saunders conclusions, the Plaintiffs did not suffer economic loss from the alleged "corrective disclosures" nor did Plaintiffs suffer economic loss from any of the alleged misrepresentations enumerated in the Complaint.

(Gompers Report ¶ 11) (attached as Exhibit B to the Declaration of Francis P. Karam submitted herewith).

**ORAL ARGUMENT REQUESTED**

For the reasons set forth in the accompanying Memorandum of Law, Prof. Gompers's third and fourth opinions are inadmissible pursuant to Federal Rules of Evidence 401 and 702.

Requested Relief

Lead Plaintiffs respectfully request entry of the accompanying [Proposed] Order excluding Prof. Gompers's third and fourth opinions from evidence.

Respectfully submitted,

By: /s/ Nancy Kulesa
Andrew M. Schatz (ct 00603)
aschatz@snilaw.com
Jeffrey S. Nobel (ct 04855)
jnobel@snilaw.com
Nancy Kulesa (ct 25384)
nkulesa@snilaw.com
Schatz Nobel Izard, PC
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

Daniel Sagarin (ct 04289)
dsagarin@hssklaw.com
Hurwitz Sagarin Slossberg & Knuff LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

*Co-Liaison Counsel for Plaintiffs*

Francis P. Karam (ct 21194)
karam@bernlieb.com
Michael S. Bigin
bigin@bernlieb.com
Jeffrey D. Lerner
lerner@bernlieb.com
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414

Jules Brody
ssbny@aol.com
Mark Levine (ct 06111)
mlevine@ssbny.com
Jason D'Agnenica (ct 25830)
jasondag@ssbny.com
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

Brad N. Friedman (ct 24911)
bfriedman@milberg.com
Ted J. Swiecichowski (phv01696)
tswiecichowski@milberg.com
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10019
(212) 594-5300

*Co-Lead Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on May 29, 2008 a copy of foregoing Lead Plaintiffs' Motion to Exclude the Expert Testimony of Professor Paul A. Gompers and Lead Plaintiffs' Memorandum in Support Thereof, along with the accompanying Declaration of Francis P. Karam was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

>/s/ Francis P. Karam
>Francis P. Karam (ct 21194)
>Bernstein Liebhard & Lifshitz, LLP
>10 East 40th Street
>New York, NY 10016
>Phone: (212) 779-1414
>Fax: (212) 779-3218
>Email: karam@bernlieb.com