UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE XEROX SECURITIES LITIGATION

CIVIL ACTION NO.
3:99-CV-2374 (AWT)

May 29, 2008

### DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT

Defendants Xerox Corporation, Paul A. Allaire, G. Richard Thoman and Barry D. Romeril (collectively, "Defendants") respectfully move, pursuant to Federal Rule of Evidence 702 and Federal Rules of Civil Procedure 26(a)(2)(B) and 37(c), to exclude the proffered expert testimony of Anthony Saunders, Lee Buchwald and Charles Drott in its entirety.

This motion is supported by the concurrently filed (1) Defendants' Memorandum of Law in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Anthony Saunders, Lee Buchwald and Charles Drott; (2) Memorandum of Law of the Individual Defendants in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Anthony Saunders, Lee Buchwald and Charles Drott; (3) Declaration of Prana A. Topper and accompanying exhibits; (4) Compendium of Unreported Authority Cited in Defendants' Memorandum of Law and Memorandum of Law of the Individual

**ORAL ARGUMENT REQUESTED**

Defendants; and (5) [Proposed] Order Granting Defendants' Motion to Exclude the Proffered Expert Testimony of Anthony Saunders, Lee Buchwald and Charles Drott.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP

By  /s/ Sandra C. Goldstein
Evan R. Chesler (ct 03177)
Sandra C. Goldstein (ct 24019)
Members of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
echesler@cravath.com
sgoldstein@cravath.com

*Attorneys for Defendant Xerox Corporation*


DAY PITNEY LLP

By  /s/ Thomas D. Goldberg
Thomas D. Goldberg (ct 04386)
Terence J. Gallagher (ct 22415)

One Canterbury Green
Stamford, CT 06901
(203) 977-7300
tdgoldberg@daypitney.com
tjgallagher@daypitney.com

*Attorneys for Defendant G. Richard Thoman*

       WILMER CUTLER PICKERING HALE and DORR LLP

By    /s/ John A. Valentine
       John A. Valentine (ct 25941)

       1875 Pennsylvania Avenue, NW
       Washington, DC 20006
       (202) 663-6000
       john.valentine@wilmerhale.com

       Alfred U. Pavlis (ct 08603)
       DALY & PAVLIS, LLC
       107 John Street
       Southport, CT 06890
       (203) 255-6700
       apavlis@dalypavlis.com

*Attorneys for Defendants Paul A. Allaire and Barry D. Romeril*

Of counsel:
Ivy Thomas McKinney (ct 09351)
Xerox Corporation
45 Glover Avenue
P.O. Box 4505
Norwalk, Connecticut 06856-4505
(203) 968-3000
Ivy.Mckinney@xerox.com
*Attorney for Defendant Xerox Corporation*