UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE XEROX SECURITIES LITIGATION | CIVIL ACTION NO.<br>3:99-CV-2374 (AWT)<br><br>November 6, 2008 |
|---|---|

### DECLARATION OF SANDRA C. GOLDSTEIN

I, SANDRA C. GOLDSTEIN, hereby declare the following under the penalty of perjury:

1.    I am a member of Cravath, Swaine & Moore LLP, and I respectfully submit this declaration in support of Defendants' Motion for Summary Judgment, submitted by Xerox Corporation, Paul A. Allaire, G. Richard Thoman and Barry D. Romeril.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a document bearing bates numbers IRX-PROD-0010976 through IRX-PROD-0010977, Press Release, Xerox Corp., Xerox Announces Worldwide Restructuring to Enhance Competitiveness in Digital World, dated April 7, 1998.

3.    Attached hereto as Exhibit 2 is a true and correct copy of a document bearing bates numbers IRX-PROD-0084365 through IRX-PROD-0084382, Remarks by: Paul A. Allaire, Chairman and Chief Executive Officer, Xerox Corporation, at the Annual Meeting of Shareholders, Chicago, dated May 21, 1998.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a document bearing bates numbers IRX-PROD-0012762 through IRX-PROD-0012765,

analyst report by Rebecca F. Runkle of Morgan Stanley Dean Witter, dated May 29, 1998.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a document bearing bates numbers IRX-PROD-0058618 through IRX-PROD-0058667, <u>Xerox Board Meeting</u>, dated April 6, 1998.

6.      Attached hereto as Exhibit 5 is a true and correct copy of pages 10 through 33, 58 through 73, 90 through 101, 114 through 125, 174 through 193, and 258 through 269 of the transcript of the November 10, 2004, deposition of Paul Allaire.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws, filed April 28, 2000.

8.      Attached hereto as Exhibit 7 is a true and correct copy of pages 6 through 17, 26 through 37, and 46 through 57 of the transcript of the September 9, 2004, deposition of Philip Fishbach.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Xerox Corporation Form 10-Q, filed August 13, 1998.

10.      Attached hereto as Exhibit 9 is a true and correct copy of pages 6 through 17, 22 through 33, and 50 through 77 of the transcript of the January 13, 2004, deposition of Kenny Baugher.

11.      Attached hereto as Exhibit 10 is a true and correct copy of pages 82 through 97 and 126 through 137 of the transcript of the December 18, 2007, deposition of Lee Buchwald.

2

12.     Attached hereto as Exhibit 11 is a true and correct copy of a document bearing bates numbers IRX-PROD-0044670 through IRX-PROD-0044678, Memorandum from P. Fulford to P. Fishbach, <u>CRTF - USCO 6+6 Outlook</u>, dated July 31, 1998.

13.     Attached hereto as Exhibit 12 is a true and correct copy of pages 6 through 17 and 218 through 241 of the transcript of the November 30, 2004, deposition of Richard Thoman.

14.     Attached hereto as Exhibit 13 is a true and correct copy of pages 18 through 33 and 246 through 265 of the transcript of the May 6, 2004, deposition of Patrick Fulford.

15.     Attached hereto as Exhibit 14 is a true and correct copy of pages 2 through 17, 26 through 53, 66 through 89, 106 through 129, and 194 through 205 of the transcript of the September 23, 2004, deposition of William Buehler.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a document bearing bates numbers IRX-PROD-0160517 through IRX-PROD-0160518, Press Release, Xerox Corp., <u>Xerox Realigns Operations to Better Capitalize on New Growth Opportunities in the Digital Marketplace</u>, dated January 6, 1999.

17.     Attached hereto as Exhibit 16 is a true and correct copy of pages 270 through 281 of the transcript of the March 26, 2004, deposition of Thomas Dolan.

18.     Attached hereto as Exhibit 17 is a true and correct copy of pages 2 through 13 and 178 through 189 of the transcript of the January 28, 2005, deposition of Ricardo Dauval.

3

19.     Attached hereto as Exhibit 18 is a true and correct copy of a document bearing bates numbers IRX-PROD-0124539 through IRX-PROD-0124540, Memorandum from T. Dolan to B. Romeril, <u>Second Quarter/Second Half</u>, dated April 16, 1999.

20.     Attached hereto as Exhibit 19 is a true and correct copy of pages 2 through 13 of a certified transcription, bearing bates number IRX-PROD-0013485, of Xerox Corporation's Third Quarter 1998 Earnings Release Teleconference (Oct. 22, 1998), originally produced in connection with this litigation as a cassette recording.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the Xerox Corporation Form 10-Q, filed November 10, 1998.

22.     Attached hereto as Exhibit 21 is a true and correct copy of a document bearing bates numbers IRX-PROD-0005100 through IRX-PROD-0005102, Press Release, Xerox Corp., <u>Xerox Earnings Up 16 Percent in Fourth Quarter</u>, dated January 26, 1999.

23.     Attached hereto as Exhibit 22 is a true and correct copy of pages 2 through 17 and 26 through 37 of a certified transcription, bearing bates number IRX-PROD-0013470, of Xerox Corporation's Fourth Quarter 1998 Earnings Release Teleconference (Jan. 26, 1999), originally produced in connection with this litigation as a cassette recording.

24.     Attached hereto as Exhibit 23 is a true and correct copy of pages 2 through 13 of the transcript of the December 16, 2004, deposition of Barry Romeril.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a document bearing bates numbers IRX-PROD-0060120 through IRX-PROD-0060129,

4

Press Release, Xerox Corp., <u>Xerox Earnings Up 14 Percent in First Quarter</u>, dated April 22, 1999.

   26. Attached hereto as Exhibit 25 is a true and correct copy of pages 7 through 26 of a certified transcription, bearing bates number IRX-PROD-0013471, of Xerox Corporation's First Quarter 1999 Earnings Release Teleconference (Apr. 22, 1999), originally produced in connection with this litigation as a cassette recording.

   27. Attached hereto as Exhibit 26 is a true and correct copy of the Xerox Corporation Form 10-Q, filed May 14, 1999.

   28. Attached hereto as Exhibit 27 is a true and correct copy of a document bearing bates numbers IRX-PROD-0010509 through IRX-PROD-0010517, Press Release, Xerox Corp., <u>Xerox Earnings Up 15 Percent in Second Quarter</u>, dated July 22, 1999.

   29. Attached hereto as Exhibit 28 is a true and correct copy of pages 2 through 36 of a certified transcription, bearing bates number IRX-PROD-0013483, of Xerox Corporation's Second Quarter 1999 Earnings Release Teleconference (July 22, 1999), originally produced in connection with this litigation as a cassette recording.

   30. Attached hereto as Exhibit 29 is a true and correct copy of the Xerox Corporation Form 10-Q, filed August 11, 1999.

   31. Attached hereto as Exhibit 30 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000292 through IRX-PROD-0000294, analyst report by B. Alex Henderson of Prudential Securities, dated September 16, 1999.

32.    Attached hereto as Exhibit 31 is a true and correct copy of a document bearing bates number IRX-PROD-0095847, Press Release, Xerox Corp., Xerox Announces Preliminary Third Quarter Results, dated October 8, 1999.

33.    Attached hereto as Exhibit 32 is a true and correct copy of pages 2 through 13 and 22 through 37 of the transcript of the October 12, 2004, deposition of Daniel Marchibroda.

34.    Attached hereto as Exhibit 33 is a true and correct copy of a document bearing bates numbers IRX-PROD-0153061 through IRX-PROD-0153065, analyst report by Steven Milunovich of Merrill Lynch, dated December 17, 1998.

35.    Attached hereto as Exhibit 34 is a true and correct copy of a document bearing bates numbers IRX-PROD-0042746 through IRX-PROD-0042753, analyst report by Rebecca F. Runkle of Morgan Stanley Dean Witter, dated January 27, 1999.

36.    Attached hereto as Exhibit 35 is a true and correct copy of a document bearing bates numbers MS00038 through MS00051, analyst report by Rebecca F. Runkle of Morgan Stanley Dean Witter, dated February 16, 1999.

37.    Attached hereto as Exhibit 36 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000222 through IRX-PROD-0000224, analyst report by Rebecca F. Runkle of Morgan Stanley Dean Witter, dated February 25, 1999.

38.    Attached hereto as Exhibit 37 is a true and correct copy of a document bearing bates numbers IRX-PROD-0011038 through IRX-PROD-0011040, analyst report by Philip C. Rueppel of BT Alex. Brown, dated March 2, 1999.

6

39.     Attached hereto as Exhibit 38 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000264 through IRX-PROD-0000268, analyst report by B. Alex Henderson of Prudential Securities, dated March 2, 1999.

40.     Attached hereto as Exhibit 39 is a true and correct copy of a document bearing bates numbers MS00054 through MS00063, analyst report by Rebecca F. Runkle of Morgan Stanley Dean Witter, dated March 15, 1999.

41.     Attached hereto as Exhibit 40 is a true and correct copy of the Xerox Corporation Form 10-K, filed March 22, 1999.

42.     Attached hereto as Exhibit 41 is a true and correct copy of a document bearing bates numbers IRX-PROD-0060212 through IRX-PROD-0060219, analyst report by the Center for Financial Research and Analysis, dated April 19, 1999.

43.     Attached hereto as Exhibit 42 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000452 through IRX-PROD-0000454, analyst report by Ted Kundtz of Lehman Brothers, dated April 23, 1999.

44.     Attached hereto as Exhibit 43 is a true and correct copy of a document bearing bates numbers IRX-PROD-0050432 through IRX-PROD-0050433, Michael Lyster, Digital Copiers: Xerox Ticket to Networking Service Plans, Investor's Business Daily, April 27, 1999, at A6.

45.     Attached hereto as Exhibit 44 is a true and correct copy of an analyst report bearing bates numbers IRX-PROD-0012716 through IRX-PROD-0012727, by Stephen Weber of SG Cowen, dated May 6, 1999.

46.     Attached hereto as Exhibit 45 is a true and correct copy of pages 117 through 206 of a certified transcription, bearing bates numbers IRX-PROD-0013472

7

through IRX-PROD-0013474, of Xerox Corporation's 1999 Investors' Conference (May 14, 1999), originally produced in connection with this litigation as a cassette recording.

47.     Attached hereto as Exhibit 46 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000673 through IRX-PROD-0000678, analyst report by Rebecca F. Runkle of Morgan Stanley Dean Witter, dated May 17, 1999.

48.     Attached hereto as Exhibit 47 is a true and correct copy of a document bearing bates numbers MS00106 through MS00118, analyst report by Rebecca F. Runkle of Morgan Stanley Dean Witter, dated May 26, 1999.

49.     Attached hereto as Exhibit 48 is a true and correct copy of a document bearing bates numbers IRX-PROD-0099510 through IRX-PROD-0099516, analyst report by Jonathan Rosenzweig of Salomon Smith Barney, dated June 2, 1999.

50.     Attached hereto as Exhibit 49 is a true and correct copy of a document bearing bates numbers IRX-PROD-0027194 through IRX-PROD-0027221, Prudential Imaging Technology Conference, dated June 3, 1999.

51.     Attached hereto as Exhibit 50 is a true and correct copy of an analyst report by Jonathan Rosenzweig of Salomon Smith Barney, dated June 4, 1999.

52.     Attached hereto as Exhibit 51 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000313 through IRX-PROD-0000316, analyst report by Benjamin A. Reitzes of PaineWebber, dated June 7, 1999.

53.     Attached hereto as Exhibit 52 is a true and correct copy of a document bearing bates numbers IRX-PROD-0051057 through IRX-PROD-0051061, analyst report by Steven Milunovich of Merrill Lynch, dated June 9, 1999.

8

54.     Attached hereto as Exhibit 53 is a true and correct copy of an analyst report by Benjamin A. Reitzes of PaineWebber, dated June 9, 1999.

55.     Attached hereto as Exhibit 54 is a true and correct copy of a document bearing bates numbers AS-PROD-00308 through AS-PROD-00309, a partial analyst report by B. Alex Henderson of Prudential Securities, dated June 28, 1999, as produced in this litigation by Professor Anthony Saunders.

56.     Attached hereto as Exhibit 55 is a true and correct copy of a document bearing bates numbers IRX-PROD-0011189 through IRX-PROD-0011196, analyst report by B. Alex Henderson of Prudential Securities, dated July 1, 1999.

57.     Attached hereto as Exhibit 56 is a true and correct copy of a document bearing bates numbers IRX-PROD-0010521 through IRX-PROD-0010522, analyst report by Jonathan Rosenzweig of Salomon Smith Barney, dated August 13, 1999.

58.     Attached hereto as Exhibit 57 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000174 through IRX-PROD-0000175, analyst report by Jonathan Rosenzweig of Salomon Smith Barney, dated August 16, 1999.

59.     Attached hereto as Exhibit 58 is a true and correct copy of pages 2 through 13 of a certified transcription, bearing bates number IRX-PROD-0013484, of Xerox Corporation's Tektronix Announcement (Sept. 22, 1999), originally produced in connection with this litigation as a cassette recording.

60.     Attached hereto as Exhibit 59 is a true and correct copy of a document bearing bates numbers IRX-PROD-0011064 through IRX-PROD-0011067, analyst report by Stephen Weber of SG Cowen, dated September 22, 1999.

61.     Attached hereto as Exhibit 60 is a true and correct copy of a document bearing bates numbers IRX-PROD-0027058 through IRX-PROD-0027059, Press Release, Moody's Investors Service, Moody's Confirms Credit Ratings of Xerox Corporation and its Supported Subsidiaries (Senior at A2), dated September 22, 1999.

62.     Attached hereto as Exhibit 61 is a true and correct copy of pages 218 through 229 of the transcript of the January 24, 2008, deposition of Charles Drott.

63.     Attached hereto as Exhibit 62 is a true and correct copy of pages 70 through 89, 170 through 197, and 318 through 329 of the transcript of the December 20, 2007, and September 4, 2008, depositions of Anthony Saunders.

64.     Attached hereto as Exhibit 63 is a true and correct copy of a document bearing bates numbers IRX-PROD-0222807, 1999 NASG CBC Impact, dated October 20, 1999.

65.     Attached hereto as Exhibit 64 is a true and correct copy of the Expert Report of Anthony Saunders, dated October 15, 2007.

66.     Attached hereto as Exhibit 65 is a true and correct copy of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Complaint, filed July 13, 2000.

67.     Attached hereto as Exhibit 66 is a true and correct copy of the Expert Report of Lee Buchwald, dated October 15, 2007.

68.     Attached hereto as Exhibit 67 is a true and correct copy of Defendants' Memorandum of Law in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Anthony Saunders, Lee Buchwald and Charles Drott, filed May 29, 2008.

69.     Attached hereto as Exhibit 68 is a true and correct copy of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Anthony Saunders, Lee Buchwald and Charles Drott, filed July 25, 2008.

70.     Attached hereto as Exhibit 69 is a true and correct copy of Lead Plaintiffs' Memorandum of Law in Support of the Motion to Exclude the Expert Testimony of Professor Paul A. Gompers, filed May 29, 2008.

71.     Attached hereto as Exhibit 70 is a true and correct copy of the Declaration of Anthony Saunders, dated July 23, 2008.

72.     Attached hereto as Exhibit 71 is a true and correct copy of the Expert Report of Paul A. Gompers, filed February 8, 2008.

73.     Attached hereto as Exhibit 72 is a true and correct copy of an analyst report by Stephen Weber of SG Cowen, dated August 16, 1999.

74.     Attached hereto as Exhibit 73 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000269 through IRX-PROD-0000273, analyst report by B. Alex Henderson of Prudential Securities, dated March 3, 1999.

75.     Attached hereto as Exhibit 74 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000274 through IRX-PROD-0000280, analyst report by B. Alex Henderson of Prudential Securities, dated April 5, 1999.

11

76.     Attached hereto as Exhibit 75 is a true and correct copy of an analyst report by Steven Milunovich of Merrill Lynch, dated April 23, 1999.

77.     Attached hereto as Exhibit 76 is a true and correct copy of a document bearing bates numbers IRX-PROD-0000665 through IRX-PROD-0000667, analyst report by Pete Enderlin of FAC\Equities, dated May 17, 1999.

78.     Attached hereto as Exhibit 77 is a true and correct copy of a document bearing bates numbers IRX-PROD-0097418 through IRX-PROD-0097422, analyst report by Rudolf Hokanson of CIBC World Markets Corp., dated May 18, 1999.


Dated: November 6, 2008


Sandra C. Goldstein

12