UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE XEROX CORPORATION<br>SECURITIES LITIGATION | )<br>)<br>)<br>) | Civil Action No. 3:99-CV-2374 (AWT)<br><br>February 6, 2009 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed their Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment.

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 5 megabytes
[ x ]   the document or thing is filed under seal pursuant to this Court's July 29, 2002 Protective Order.
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

PLAINTIFFS

/s/ Nancy A. Kulesa
_____
Nancy A. Kulesa (ct25384)
Jeffrey S. Nobel (ct04855)
Izard Nobel LLP
20 Church Street  Suite 1700
Hartford, Connecticut  06103
Tel.: (860) 493-6293