U.S. District Court
United States District Court for the District of Connecticut (New Haven)
CIVIL DOCKET FOR CASE #: 3:99-cv-02374-AWT

*Giaraputo, et al v. Xerox Corporation*, et al
Assigned to: Judge Alvin W. Thompson

# INDEX TO THE RECORD ON APPEAL

| DATE | DOCKET # | DOCUMENT |
|---|---|---|
| 04/28/2000 | 42 | AMENDED COMPLAINT amending [4-1] amended complaint by Helene Giaraputo; jury demand (Gothers, M.) (Entered: 05/08/2000) |
| 05/29/2008 | 388 | MOTION to Strike "DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT" by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman.Responses due by 6/19/2008 (Attachments: # 1 Defendants' Memorandum Of Law In Support of Defendants' Motion To Exclude, # 2 Declaration of Prana A. Topper, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F - Part One, # 9 Exhibit F - Part Two, # 10 Exhibit F - Part Three, # 11 Exhibit G, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P, # 21 Exhibit Q, # 22 Exhibit R, # 23 Exhibit S, # 24 Exhibit T, # 25 Exhibit U, # 26 Exhibit V, # 27 Exhibit W - Part One, # 28 Exhibit W - Part Two, # 29 Exhibit X, # 30 Exhibit Y, # 31 Exhibit Z, # 32 Exhibit AA, # 33 Exhibit BB, # 34 Compendium Of Unreported Authority, # 35 Compendium Of Unreported Authority - Part One, # 36 Compendium Of Unreported Authority - Part Two, # 37 Compendium Of Unreported Authority - Part Three, # 38 Compendium Of Unreported Authority - Part Four, # 39 [Proposed] Order Granting Defendants' Motion To Exclude, # 40 Certificate Of Service)(Goldstein, Sandra) (Entered: 05/29/2008) |
| 05/29/2008 | 389 | Memorandum in Support re 388 MOTION to Strike "DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT" filed by Barry Romeril, Paul A. Allaire, Richard Thoman. (Gallagher, Terence) (Entered: 05/29/2008) |

| | | |
|---|---|---|
| 07/25/2008 | 405 | Memorandum in Opposition re 388 MOTION to Strike "DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT" filed by Robert W. Roten, IBEW Local 164 Welfare Fund, Georgia Stanley, Thomas Dalberth. (Attachments: # 1 Exhibit Compendium of Unreported authority Cited in Lead Plaintiffs' Memorandum Part one, # 2 Exhibit Compendium Part two, # 3 Exhibit Compendium Part three, # 4 Exhibit Compendium Part four, # 5 Exhibit Compendium Part five, # 6 Exhibit Compendium Part six, # 7 Exhibit Compendium Part seven)(Kulesa, Nancy) (Entered: 07/25/2008) |
| 07/25/2008 | 406 | AFFIDAVIT re 405 Memorandum in Opposition to Motion,, to Exclude the Expert Testimony of Anthony Saunders Charles Drott and Lee Buchwald Signed By Mark Levine filed by Robert W. Roten, IBEW Local 164 Welfare Fund, Georgia Stanley, Thomas Dalberth. (Attachments: # 1 Exhibit EX A, # 2 Exhibit EX B Part One, # 3 Exhibit EX B Part Two, # 4 Exhibit EX C Part One, # 5 Exhibit RX C Part Two, # 6 Exhibit EX D, # 7 Exhibit EX E Part One, # 8 Exhibit EX E Part Two, # 9 Exhibit EX F, # 10 Exhibit EX G, # 11 Exhibit EX N, # 12 Exhibit EX R)(Kulesa, Nancy) (Entered: 07/25/2008) |
| 07/25/2008 | 409 | AFFIDAVIT re 407 Response, 405 Memorandum in Opposition to Motion,, Signed By Anthony Saunders filed by Robert W. Roten, IBEW Local 164 Welfare Fund, Georgia Stanley, Thomas Dalberth. (Kulesa, Nancy) (Entered: 07/25/2008) |
| 07/28/2008 | 413 | Sealed Document: Filed Under Seal Pursuant to Protective Order by Robert W. Roten, IBEW Local 164 Welfare Fund, Georgia Stanley, Thomas Dalberth re 388 MOTION to Strike DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT. (Attachments: # 1 Exhibit H, # 2 Exhibit I, # 3 Exhibit J, # 4 Exhibit K, # 5 Exhibit L, # 6 Exhibit M, # 7 Exhibit O, # 8 Exhibit P, # 9 Exhibit Q, # 10 Exhibit S)(Gothers, M.) (Entered: 07/30/2008) |
| 09/16/2008 | 428 | REPLY to Response to 388 MOTION to Strike "DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT" ("Defendants' Reply Memorandum Of Law In Further Support Of Their Motion To Exclude The Proffered Expert Testimony Of Anthony Saunders, Lee Buchwald And Charles Drott") filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Declaration of Prana A. Topper, # 2 Exhibit CC to Declaration of Prana A. Topper, # 3 Certificate of Service)(Goldstein, Sandra) (Entered: 09/16/2008) |

| | | |
|---|---|---|
| 11/06/2008 | 436 | MOTION for Summary Judgment by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman.Responses due by 11/27/2008 (Attachments: # 1 Certificate of service)(Goldstein, Sandra) (Entered: 11/06/2008) |
| 11/06/2008 | 437 | Memorandum in Support re 436 MOTION for Summary Judgment filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Goldstein, Sandra) (Entered: 11/06/2008) |
| 11/06/2008 | 438 | Statement of Material Facts re 436 MOTION for Summary Judgment filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Goldstein, Sandra) (Entered: 11/06/2008) |
| 11/06/2008 | 439 | NOTICE OF ADDITIONAL AUTHORITY by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman re 436 MOTION for Summary Judgment filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Goldstein, Sandra) (Entered: 11/06/2008) |
| 11/06/2008 | 440 | AFFIDAVIT re 436 MOTION for Summary Judgment Signed By Patrick J. Fulford filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Goldstein, Sandra) (Entered: 11/06/2008) |
| 11/06/2008 | 441 | AFFIDAVIT re 436 MOTION for Summary Judgment Signed By Philip D. Fishbach filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Exhibit A to Affidavit of Philip D. Fishbach, # 2 Exhibit B to Affidavit of Philip D. Fishbach, # 3 Exhibit C to Affidavit of Philip D. Fishbach, # 4 Exhibit D to Affidavit of Philip D. Fishbach)(Goldstein, Sandra) (Entered: 11/06/2008) |
| 11/06/2008 | 442 | AFFIDAVIT re 436 MOTION for Summary Judgment Signed By Leslie F. Varon filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Exhibit A to Affidavit of Leslie F. Varon, # 2 Exhibit B to Affidavit of Leslie F. Varon, # 3 Exhibit C to Affidavit of Leslie F. Varon, # 4 Exhibit D to Affidavit of Leslie F. Varon, # 5 Exhibit E to Affidavit of Leslie F. Varon, # 6 Exhibit F to Affidavit of Leslie F. Varon, # 7 Exhibit G to Affidavit of Leslie F. Varon, # 8 Exhibit H to Affidavit of Leslie F. Varon, # 9 Exhibit I to Affidavit of Leslie F. Varon, # 10 Exhibit J to Affidavit of Leslie F. Varon)(Goldstein, Sandra) (Entered: 11/06/2008) |
| 11/06/2008 | 443 | AFFIDAVIT re 436 MOTION for Summary Judgment Declaration of Sandra C. Goldstein. Signed By Sandra C. Goldstein filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 |

| | | |
|---|---|---|
| | | Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 28, # 28 Exhibit 29, # 29 Exhibit 30, # 30 Exhibit 31, # 31 Exhibit 32, # 32 Exhibit 33, # 33 Exhibit 34, # 34 Exhibit 35, # 35 Exhibit 36, # 36 Exhibit 37, # 37 Exhibit 38, # 38 Exhibit 39, # 39 Exhibit 40, # 40 Exhibit 41, # 41 Exhibit 42, # 42 Exhibit 43, # 43 Exhibit 44, # 44 Exhibit 45, # 45 Exhibit 27, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, Part I, # 65 Exhibit 64, Part 2, # 66 Exhibit 64, Part 3, # 67 Exhibit 65, # 68 Exhibit 66, # 69 Exhibit 67, # 70 Exhibit 68, # 71 Exhibit 69, # 72 Exhibit 70, # 73 Exhibit 71, # 74 Exhibit 72, # 75 Exhibit 73, # 76 Exhibit 74, # 77 Exhibit 75, # 78 Exhibit 76, # 79 Exhibit 77)(Goldstein, Sandra) (Entered: 11/06/2008) |
| 02/06/2009 | 451 | Memorandum in Opposition re 436 MOTION for Summary Judgment filed by Robert W. Roten, IBEW Local 164 Welfare Fund, Georgia Stanley, Thomas Dalberth. (Attachments: # 1 Statement of Material Facts Local Rule 56(a) 2 Statement, # 2 Supplement Compenduim of Unreported Decisions Part 1, # 3 Exhibit Compenduim of Unreported Decisions Part 2, # 4 Affidavit Declaration Of Mark Levine, # 5 Exhibit EX 1 and 2, # 6 Exhibit EX 3, # 7 Exhibit EX 4, # 8 Exhibit EX 5, # 9 Exhibit EX 6-11, # 10 Exhibit EX 12, # 11 Exhibit EX 13, # 12 Exhibit EX 14-16, # 13 Exhibit EX 17, # 14 Exhibit EX 18, # 15 Exhibit EX 19-21, # 16 Exhibit EX 22, # 17 Exhibit EX 23-28, # 18 Exhibit EX 29, # 19 Exhibit EX 30, # 20 Exhibit EX 32, # 21 Exhibit EX 33, # 22 Exhibit EX 34, # 23 Exhibit EX 35-36, # 24 Exhibit EX 37, # 25 Exhibit EX 38, # 26 Exhibit EX 39, # 27 Exhibit EX 40, # 28 Exhibit EX 41 Part 1, # 29 Exhibit EX 41 Part 2, # 30 Exhibit EX 42-44, # 31 Exhibit EX 45, # 32 Exhibit EX 46, # 33 Exhibit EX 47, # 34 Exhibit EX 48, # 35 Exhibit EX 49, # 36 Exhibit EX 50, # 37 Exhibit EX 51, # 38 Exhibit EX 52-53, # 39 Exhibit EX 54, # 40 Exhibit EX 55-58, # 41 Exhibit EX 59, # 42 Exhibit EX 60, # 43 Exhibit EX 61, # 44 Exhibit EX 62, # 45 Exhibit EX 63, # 46 Exhibit EX 64, # 47 Exhibit EX 65, # 48 Exhibit EX 66, # 49 Exhibit EX 67, # 50 Exhibit EX 68, # 51 Exhibit EX 69-70, # 52 Exhibit EX 71, # 53 Exhibit EX 72, # 54 Exhibit EX 73-75, # 55 Exhibit EX 76, # 56 Exhibit EX 77, # 57 Exhibit EX 78, # 58 Exhibit EX 79, # 59 Exhibit EX 80, # 60 Exhibit EX 81, # 61 Exhibit EX 82, # 62 Exhibit EX 83, # 63 Exhibit EX 84, # 64 Exhibit EX 85, # 65 Exhibit EX 86, # 66 Exhibit EX 87, # 67 Exhibit EX 88, # 68 Exhibit EX 89-90, # 69 Exhibit EX 91, # 70 Exhibit EX 92, # 71 Exhibit EX 93, # 72 Exhibit EX 94, # 73 Exhibit EX 95, # 74 Exhibit EX 96-100, # 75 Exhibit EX 101, # 76 Exhibit EX 102-109, # 77 Errata EX 111, # 78 Exhibit EX 112, # 79 Exhibit EX 113 Part 1, # 80 Exhibit EX 113 Part 2, # 81 Exhibit EX 114-119, # 82 Exhibit EX 120 A, # 83 Exhibit EX 120 B, # |

| | | |
|---|---|---|
| | | 84 Exhibit EX 120C, # 85 Exhibit EX 120 D, # 86 Exhibit EX 120 E, # 87 Exhibit EX F, # 88 Exhibit EX 121, # 89 Exhibit EX 110 Part 1, # 90 Exhibit EX 110 Part 2)(Kulesa, Nancy) (Entered: 02/06/2009) |
| 02/06/2009 | 452 | Sealed Document: Exhibits by Robert W. Roten, IBEW Local 164 Welfare Fund, Robert Agius, Georgia Stanley, Thomas Dalberth, Helene Giaraputo as to 451 Memorandum in Opposition to 436 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 2, # 2 Exhibit 6, # 3 Exhibit 7, # 4 Exhibit 8, # 5 Exhibit 9, # 6 Exhibit 10, # 7 Exhibit 11, # 8 Exhibit 14, # 9 Exhibit 15, # 10 Exhibit 16, # 11 Exhibit 19, # 12 Exhibit 21, # 13 Exhibit 23, # 14 Exhibit 24, # 15 Exhibit 25, # 16 Exhibit 26, # 17 Exhbit 27, # 18 Exhibit 28, # 19 Ehibit 33, # 20 Exhibit 35, # 21 Exhibit 36, # 22 Exhibit 42, # 23 Exhibit 43, # 24 Exhibit 44, # 25 Exhibit 52, # 26 Exhibit 53, # 27 Exhibit 55, # 28 Exhibit 56, # 29 Exhibit 57, # 30 Exhibit 58, # 31 Exhibit 58A, # 32 Exhibit 63, # 33 Exhibit 67, # 34 Exhibit 69, # 35 Exhibit 70, # 36 Exhibit 73, # 37 Exhibit 74, # 38 Exhibit 75, # 39 Exhibit 77, # 40 Exhibit 87, # 41 Errata 89, # 42 Errata 90, # 43 Exhibit 94, # 44 Exhibit 96, # 45 Exhibit 97, # 46 Exhibit 98, # 47 Exhibit 99, # 48 Exhibit 100, # 49 Exhibit part 1, # 50 Exhibit part 2, # 51 Exhibit 102 part 3, # 52 Exhibit 103, # 53 Exhibit 104 part 1, # 54 Exhibit 104 part 2, # 55 Exhibit 104 part 3, # 56 Exhibit 107 part 1, # 57 Exhibit 107 part 2, # 58 Exhibit 107 part 3, # 59 Exhibit 107 part 4, # 60 Exhibit 108 part 1, # 61 Exhibit 108 part 2, # 62 Exhibit 108 part 3, # 63 Exhibit 109 part 1, # 64 Exhibit 109 part 2, # 65 Exhibit 119 part 1, # 66 Exhibit 119 part 2, # 67 Exhibit 119 part 3)(Gothers, M.) (Entered: 02/10/2009) |
| 02/12/2009 | 454 | Sealed Document: Plaitiff's Amended Local Rule 56(A)(2) Statement by Robert W. Roten, IBEW Local 164 Welfare Fund, Robert Agius, Georgia Stanley, Thomas Dalberth, Helene Giaraputo, Seymour Lazar re 436 MOTION for Summary Judgment. (Gothers, M.) (Entered: 02/12/2009) |
| 03/12/2009 | 457 | REPLY to Response to 436 MOTION for Summary Judgment (Defendants' Reply Memorandum of Law in Further Support of Their Motion For Summary Judgment) filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Exhibit Certificate of Service)(Goldstein, Sandra) (Entered: 03/12/2009) |
| 03/12/2009 | 458 | AFFIDAVIT re 436 MOTION for Summary Judgment Declaration of Sandra C. Goldstein Signed By Sandra Goldstein filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Exhibit 78, # 2 Exhibit 79, # 3 Exhibit 80, # 4 Exhibit 81, # 5 Exhibit 82, # 6 Exhibit 83, # 7 Exhibit 84, # 8 Exhibit 85)(Goldstein, Sandra) (Entered: 03/12/2009) |
| 03/12/2009 | 459 | NOTICE OF ADDITIONAL AUTHORITY by Xerox Corporation, |

| | | |
|---|---|---|
| | | Barry Romeril, Paul A. Allaire, Richard Thoman re 436 MOTION for Summary Judgment filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Goldstein, Sandra) (Entered: 03/12/2009) |
| 05/12/2009 | 463 | Supplemental Memorandum in Support re 388 MOTION to Strike "DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT" filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Certificate of Service)(Goldstein, Sandra) (Entered: 05/12/2009) |
| 05/19/2009 | 464 | Supplemental RESPONSE re 463 Memorandum in Support of Motion 388 to Exclude The Testimony of Anthony Saunders filed by IBEW Local 164 Welfare Fund, Robert W. Roten, Georgia Stanley, Thomas Dalberth. (Kulesa, Nancy) Modified on 5/20/2009 linked to appropriate motion (Gothers, M.). (Entered: 05/19/2009) |
| 06/26/2009 | 471 | NOTICE OF ADDITIONAL AUTHORITY by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman re 436 MOTION for Summary Judgment filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 In Re Oracle Opinion, # 2 Certificate Of Service)(Goldstein, Sandra) (Entered: 06/26/2009) |
| 07/09/2009 | 472 | RESPONSE re 471 Notice of Additional Authority, filed by Robert W. Roten, IBEW Local 164 Welfare Fund, Georgia Stanley, Thomas Dalberth. (Kulesa, Nancy) (Entered: 07/09/2009) |
| 07/14/2009 | 473 | NOTICE OF ADDITIONAL AUTHORITY by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman re 472 Response ("Reply To Plaintiffs' Response To Notice Of Additional Authority") filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Certificate of Service)(Goldstein, Sandra) (Entered: 07/14/2009) |
| 08/14/2009 | 476 | Second NOTICE OF ADDITIONAL AUTHORITY by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 SafeNet Decision, # 2 Certificate of Service)(Goldstein, Sandra) (Entered: 08/14/2009) |
| 08/24/2009 | 479 | RESPONSE re 476 Notice of Additional Authority, filed by Robert W. Roten, IBEW Local 164 Welfare Fund, Georgia Stanley, Thomas Dalberth. (Attachments: # 1 Affidavit Mark Levine Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kulesa, Nancy) (Entered: 08/24/2009) |
| 08/28/2009 | 480 | Reply re 479 Response re 476 Second Notice of Additional Authority, by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman . (Attachments: # 1 Exhibit A to Reply, # 2 Certificate of |

| | | |
|---|---|---|
| | | Service)(Goldstein, Sandra) Modified on 8/31/2009 to create appropriate document links (D'Onofrio, B.). (Entered: 08/28/2009) |
| 09/15/2009 | 481 | Third NOTICE OF ADDITIONAL AUTHORITY by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service)(Goldstein, Sandra) (Entered: 09/15/2009) |
| 09/30/2009 | 482 | RESPONSE re 481 Notice of Additional Authority, filed by Robert W. Roten. (Lerner, Jeffrey) (Entered: 09/30/2009) |
| 10/02/2009 | 483 | RESPONSE re 482 Response ("Reply To Plaintiffs' Response To Third Notice Of Additional Authority") filed by Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman. (Attachments: # 1 Certificate of Service)(Goldstein, Sandra) (Entered: 10/02/2009) |
| 03/11/2010 | 486 | Fourth Notice of Additional Authority re 388 MOTION to Strike "DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF ANTHONY SAUNDERS, LEE BUCHWALD AND CHARLES DROTT", 436 MOTION for Summary Judgment filed by Paul A. Allaire, Barry Romeril, Richard Thoman, Xerox Corporation. (Attachments: # 1 Exhibit 1, # 2 Certificate of Service)(Goldstein, Sandra) (Entered: 03/11/2010) |
| 03/23/2010 | 487 | RESPONSE re 486 Notice of Additional Authority, filed by Thomas Dalberth, IBEW Local 164 Welfare Fund, Robert W. Roten, Georgia Stanley. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Kulesa, Nancy) (Entered: 03/23/2010) |
| 03/30/2010 | 488 | RESPONSE re 487 Response, by Paul A. Allaire, Barry Romeril, Richard Thoman, Xerox Corporation ("Reply To Plaintiffs' Response To Fourth Notice Of Additional Authority"). (Attachments: # 1 Exhibit 1-- Certificate of Service)(Goldstein, Sandra) (Entered: 03/30/2010) |
| 09/30/2010 | 492 | ORDER granting in part and denying in part 388 Motion to Strike. Signed by Judge Alvin W. Thompson on 9/30/2010. (Zeronda, N) (Entered: 09/30/2010) |
| 12/13/2010 | 493 | Fifth Notice of Additional Authority re 436 MOTION for Summary Judgment filed by Paul A. Allaire, Barry Romeril, Richard Thoman, Xerox Corporation. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Goldstein, Sandra) (Entered: 12/13/2010) |
| 12/20/2010 | 494 | RESPONSE re 493 Notice of Additional Authority filed by Thomas Dalberth, IBEW Local 164 Welfare Fund, Robert W. Roten, Georgia Stanley. (Kulesa, Nancy) (Entered: 12/20/2010) |

| 12/22/2010 | 496 | RESPONSE re 494 Response ("Corrected Reply To Plaintiffs' Response To Defendants' Fifth Notice Of Additional Authority") filed by Paul A. Allaire, Barry Romeril, Richard Thoman, Xerox Corporation. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Goldstein, Sandra) (Entered: 12/22/2010) |
|---|---|---|
| 07/26/2012 | 498 | NOTICE by Thomas Dalberth, IBEW Local 164 Welfare Fund, Robert W. Roten, Georgia Stanley Of Supplemental Authority (Attachments: # 1 Exhibit)(Kulesa, Nancy) (Entered: 07/26/2012) |
| 07/31/2012 | 499 | RESPONSE re 498 Notice (Other) ("Defendants' Response To Plaintiffs' Notice Of Supplemental Authority") filed by Paul A. Allaire, Barry Romeril, Richard Thoman, Xerox Corporation. (Goldstein, Sandra) (Entered: 07/31/2012) |
| 03/29/2013 | 507 | ORDER: Ruling on Motion for Summary Judgment (Doc. No. 436 ). Signed by Judge Alvin W. Thompson on 3/29/2013. (Gallagher, Robyn) (Entered: 03/29/2013) |
| 04/01/2013 | 509 | JUDGMENT entered in favor of KPMG LLP, Xerox Corporation, Barry Romeril, Paul A. Allaire, Richard Thoman against IBEW Local 164 Welfare Fund, Shellsign & Company, Woodstock Corporation, Adele Brody, Avi Gletzer, Daniel Schwartz, Georgia Stanley, Gerard P. Woods, Helene Giaraputo, Hubert Dean Moore, Jerry Krim, Lorene Collier, Mark Goldman, Marty Radwell, Max Wilinski, Michael Metrapole, Phil Don Astrolio, Robert Agius, Robert Weiss, Robert W. Roten, Seymour Lazar, Shalom Mehler, Sheryl Ann Hesano, Thomas Dalberth, and Victor Faraci.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms.html<br>Signed by Clerk on 4/1/13. (Smith, S.) (Entered: 04/01/2013) |
| 04/26/2013 | 511 | NOTICE OF APPEAL as to 509 Judgment; 507 Order on Motion for Summary Judgment by Thomas Dalberth, IBEW Local 164 Welfare Fund, Robert W. Roten, Georgia Stanley. Filing fee $455, Receipt Number 0205-2858155. (Attachments: # 1 Judgment, # 2 Ruling on Motion for Summary Judgment)(Grady, B.) (Entered: 04/26/2013) |