UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
IN RE XEROX CORPORATION            :
     SECURITIES LITIGATION
                                   :
-----------------------------------
                                   :
THOMAS DALBERTH, ROBERT W. ROTEN,
IBEW LOCAL 164 WELFARE FUND,       :
and GEORGIA STANLEY,
individually and on behalf of      :
all others similarly situated
                                   :
     v.                                CASE NO. 3:99CV2374 (AWT)
                                   :
XEROX CORPORATION, BARRY ROMERIL,
PAUL A. ALLAIRE, and               :
G. RICHARD THOMAN,
```

AMENDED JUDGMENT

This consolidated action having come on for consideration of the defendants Xerox Corporation, Barry Romeril, Paul A. Allaire, and G. Richard Thomans' motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court, having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Xerox Corporation, Barry Romeril, Paul A. Allaire, and G. Richard Thoman, and against lead plaintiffs Thomas Dalberth, Robert W. Roten, IBEW Local 164

-2-

Welfare Fund, and Georgia Stanley, on behalf of themselves and all others similarly situated.

    Dated at Hartford, Connecticut, this 24th day of May, 2013.

                             ROBERTA D. TABORA, Clerk
                             United States District Court


                           By    /s/ SLS
                                Sandra Smith
                                Deputy Clerk

EOD   5/24/13